# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

_____

**JUDGMENT IN A CIVIL CASE**

KIPP DAVIS,

    Plaintiff,

    V.                                  Case No. 04-3545-CV-S-REL-SSA

JO ANNE B. BARNHART,

    Defendant.

☐    **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

■    **DECISION OF THE COURT**. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED** that plaintiff's motion for summary judgment is denied.

    **IT IS FURTHER ORDERED** that the decision of the Commissioner is affirmed.

Order filed: October 26, 2005
Judgment entered: October 27, 2005

                                                    P. L. BRUNE
                                                    CLERK OF COURT

                                                    */s/ Bonnie Rowland*
                                                    Courtroom Deputy